UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-142 |
| | ) | (Phillips) |
| ROBERT L. SMITH | ) | |

### ORDER

For the good cause stated, defendant's motion to continue the sentencing date and for an extension of time to file objections to the presentence investigation report [Doc. 65] is **GRANTED.** The parties are **DIRECTED** to contact Janet Jackson, Courtroom Deputy, to reschedule the sentencing hearing**.**

**ENTER:**

          s/ Thomas W. Phillips
United States District Judge