UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:05-CR-142 |
| ) | (Phillips) |
| ROBERT L. SMITH ) | |

### AMENDED ORDER OF COMMITMENT FOR MENTAL EXAMINATION

This matter came before the court on April 24, 2006, on defendant's motion for psychological examination. The government does not oppose the motion. Accordingly, defendant shall be examined pursuant to the provisions of 18 U.S.C. §§ 4241 and 4242. **This amended order supersedes the court's order entered on April 26, 2006 [Doc. 73].**

The names, addresses, and telephone numbers of the Assistant United States Attorney, defense counsel, and defendant's pretrial services officer are:

(a) Government's counsel: Mike Winck
PO Box 872, Knoxville, TN 37902
865/545-4167

(b) Defense counsel: Robert L. Vogel
PO Box 31464, Knoxville, TN 37930
865/357-1949

(c) Probation officer: John Lynn
800 Market Street, Ste 311, Knoxville, TN 37902
865/545-4001

**IT IS THEREFORE ORDERED:**

1. That the United States Marshal is hereby directed to transport the defendant to the nearest suitable psychiatric facility (hospital) for purposes of psychiatric evaluation, pursuant to 18 U.S.C. § § 4241 and 4242. Said commitment shall be for a reasonable period not to exceed forty-five (45) days, unless otherwise ordered, and such reasonable period to commence upon defendant's arrival at the examining facility.

2. That the receiving facility and doctor in whose primary care the defendant is placed shall file a written report with this court as soon as practicable with copies to counsel for the government and the defendant, said report to include:

   a. the defendant's history and present symptoms;

   b. a description of the psychiatric, psychological, and medical tests that were employed and the results;

   c. the examiner's findings; and

   d. the examiner's opinions as to diagnosis, prognosis, and

      1. whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist property in his defense; and

      2. whether defendant suffered from such mental disease or defect which rendered him insane at the time of the offenses charged; and

      3. defendant's cognitive abilities and comprehension, including, but not limited to, his

reading and writing levels and relative educational and/or scholastic level; and

4. defendant's IQ (or other appropriate, acceptable and reliabile measure of cognitive ability); and

5. whether defendant could have acted as the leader or supervisor of a criminal drug conspiracy of the type contemplated in his indictment, plea agreement and presentence report; and

6. whether defendant suffers from a psychological deficiency, abnormality, disorder, neurosis, psychosis, or other disabling or debilitating mental, psychological, or emotional condition; and

7. a personality test to determine any personality traits or disorders; and

8. whether defendant suffers from any physiological deficiencies, malformations, handicaps, or any other overtly physical disability that might affect his competency; and

9. Treatment recommendations for any deficiencies, problems, diseases, disabilities, dysfunctions, disorders or any other issues revealed during the course of said examination.

3. The defendant be given any necessary medications if determined appropriate to do so by the medical staff at the facility.

4. That the psychiatrist/psychologist have access to any pretrial services and probation reports completed on the defendant in this case.

5. That the psychiatrist/psychologist have access to all available medical records on the defendant.

6. The United States Marshal shall notify the clerk of the court and the undersigned's office promptly when defendant returns to this jurisdiction from the mental evaluation. A competency hearing will then be scheduled.

7. The Clerk is **DIRECTED** to serve a copy of this order on all counsel of record, to forward a copy to the Probation officer, and to serve three certified copies on the U.S. Marshal.

**IT IS SO ORDERED**.

ENTER:

    s/ Thomas W. Phillips
    United States District Judge