UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-142 |
| | ) | (Phillips) |
| ROBERT L. SMITH | ) | |

## ORDER

By order entered May 8, 2006, defendant was committed for a mental health evaluation to determine his competence to stand trial and mental state at the time of the charged offense. Defendant arrived at the Federal Medical Center in Lexington, Kentucky, on June 23, 2006 for the evaluation. Due to the large number of evaluations received at the facility, the FMC Lexington has requested additional time to complete the report.

The FMC Lexington's request for additional time to complete the evaluation of defendant is **GRANTED.** Defendant's commitment at FMC Lexington is extended to **August 22, 2006.**

ENTER:

s/ Thomas W. Phillips
United States District Judge